IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD HILYER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv442-MHT |
| | ) | (WO) |
| JEFFERSON DUNN and | ) | |
| CATHRYN GIBSON, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404. Also before the court is the plaintiff's response (doc. no. 5) that he does not object to the proposed transfer. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 4) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama.

The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 15th day of July, 2015.

                /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**